5050-64/dmf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KEVIN GREENE,

                      Plaintiff,

  -against-

THE COUNTY OF ULSTER, CORRECTIONS OFFICER
SHAWN ROCHE, CORRECTIONS OFFICER KYLE
MANNER, SERGEANT JASON BLEU, SERGEANT
WRANOVICS, and JOHN/JANE DOES 1-100 in their official
capacity and individually, the names being fictitious, as their
entire names are presently unknown,

                      Defendants.
------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE AND DISMISSAL PURSUANT TO RULE 41 (a)(1)**

9:18-cv-640 (TJM/TWD)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation may be signed in counterpart, and, when taken together, said counterparts shall constitute but one agreement.

Dated: New York, New York
       Aug. 8, 2022

LAW OFFICES OF MICHAEL S.
LAMONSOFF, PLLC

By: _____
Michael Lamonsoff
Attorneys for Plaintiff
32 Old Slip, 8th Floor
New York, NY 10005
Tel. (212) 962-1020

McCABE & MACK LLP

By: _____
Kimberly Hunt Lee
Attorneys for Defendants County of
Ulster, Kyle Manner, Jason Bleau s/h/a
Jason Bleau and Charles Wranovics
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845) 486-6800

SOSO-64/dmf

MURPHY BURNS LLP

By: *Thomas K. Murphy*
　　　Thomas K. Murphy
*Attorneys for Defendant Shawn Roche*
407 Albany Shaker Road
Loudonville, NY 12211
Tel. (518) 690-0096

　　　　　　　　　　SO ORDERED:

　　　　　　　　　　*Thomas J. McAvoy, USDJ*
　　　　　　　　　　Hon. Thomas J. McAvoy

Dated: Sept 9, 2022　New York